PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jun 02, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of:<br><br>PRIORITY MAIL EXPRESS PARCEL NUMBER 9470 1112 0253 7548 6286 03, WHICH IS IN THE TEMPORARY CUSTODY OF THE UNITED STATES POSTAL INSPECTION SERVICE | CASE NO.   2:22-sw-0398 KJN<br><br>SEALING ORDER<br><br><u>UNDER SEAL</u> |
|---|---|

### S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 06/02/22

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE